## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH JACKSON, | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., | ) |
| Defendant. | ) |

## COMPLAINT

## PRELIMINARY STATEMENT

This is an action for damages brought by an individual consumer, Joseph Jackson, against First Advantage Background Services Corp. ("FADV"), for violations of the Fair Credit Reporting Act (hereafter the "FCRA"), 15 U.S.C. §§ 1681, *et seq.*

## THE PARTIES

1. Plaintiff Joseph Jackson is an adult individual residing in Phoenix, Arizona.

2. Defendant FADV is a Florida corporation registered to conduct business in the Commonwealth of Pennsylvania with a principal place of business located at 1 Concourse Pkwy NE Suite 200 Atlanta, GA 30328.

## JURISDICTION & VENUE

3. This Court possesses federal question jurisdiction pursuant to 28 U.S.C. §1331 as this matter is an action arising under the laws of the United States.

4. Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(1) & (2) because Defendant possesses sufficient contact with this District to be deemed to reside in this District.

## **FACTUAL ALLEGATIONS**

5. Mr. Jackson is a "consumer" as that term is defined by the FCRA. 15 U.S.C. §1681a(c).

6. FADV is a "consumer credit reporting agency" as that term is defined by the FCRA. 15 U.S.C. §§ 1681a(f) & 1681a(u).

7. FADV has been and continues to sell consumer reports about Mr. Jackson.

8. The reports sold by FADV are "consumer credit reports" as that term is defined by the FCRA. 15 U.S.C. §1681a(d)(1).

9. These consumer reports have included false, inaccurate, misleading and/or incomplete information (collectively the "Inaccurate Information") including but not limited to convictions for aggravated assault with a deadly weapon and aggravated assault causes serious bodily injury from Bowie County, Texas for which Mr. Jackson was never convicted.

10. Specifically, on or about December 4, 2025, Mr. Jackson's application for employment with Cornerstone Building Brands Inc. ("Cornerstone") was denied due to a consumer report provided to Cornerstone by FADV.

11. The inaccurate information that appears on Mr. Jackson's consumer report was a substantial factor in Mr. Jackson's employment application being denied.

12. Mr. Jackson has disputed the inaccurate information with FADV from December 12, 2025 through the present.

13. Notwithstanding Mr. Jackson's efforts, FADV has sent Mr. Jackson correspondence indicating its intent to continue publishing the inaccurate information, and FADV continues to publish and disseminate such inaccurate information to other third parties, persons,

entities and employers. FADV has repeatedly published and disseminated consumer reports to such third parties from at least December 12, 2025 through the present.

14. FADV negligently and recklessly failed to conduct reasonable investigations of Mr. Jackson's disputes, *inter alia*, by: failing to conduct any investigation into the inaccurate information at all; failing to review and consider the information submitted by Mr. Jackson; failing to contact Mr. Jackson to elicit more specific information about his disputes; and failing to contact persons or entities with knowledge about the inaccurate information.

15. FADV also acted recklessly, *inter alia*, by routinely conducting investigations in the manner described above, and further, knew or should have known that the way it investigates disputes would result in erroneous verification of false, inaccurate, incomplete and misleading criminal record information similar or identical to the result of the disputes here.

16. As a result of FADV's conduct, Mr. Jackson has suffered actual damages in the form of lost employment opportunities, harm to reputation, time spent disputing, emotional distress, humiliation and embarrassment.

17. At all times pertinent hereto, FADV was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of FADV herein.

18. At all times pertinent hereto, the conduct of FADV, as well as that of its agents, servants and/or employees, was malicious, intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of Mr. Jackson herein.

## COUNT I
## VIOLATIONS OF THE FCRA

19. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

20. FADV violated the FCRA by negligently and willfully failing to follow reasonable procedures to assure maximum possible accuracy when preparing consumer reports about Mr. Jackson as described above. 15 U.S.C. § 1681e(b).

21. FADV also violated the FCRA by negligently and willfully failing to conduct reasonable investigations of Mr. Jackson's disputes as described above.  15 U.S.C. §1681i(a).

22. The conduct of FADV was a direct and proximate cause and/or substantial factor in causing the injuries to Mr. Jackson as described above.

23. As a result of the violations of the FCRA by FADV identified herein, the Defendant is liable to Mr. Jackson for damages to include: statutory damages, actual damages, punitive damages, costs of this action and attorney's fees.  15 U.S.C. §§1681n & 1681o.

## JURY TRIAL DEMAND

24. Plaintiff demands trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

(a) Actual damages;

(b) Statutory damages;

(c) Punitive damages;

(d) Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n, 1681o; and

(e) Such other and further relief as may be necessary, just and proper.

                                                          Respectfully Submitted,

                                                          **GORSKI LAW, PLLC**

                                                          */s/ Gregory Gorski*
                                                          GREGORY GORSKI
                                                          PA Attorney ID: 91365
                                                          610 Old York Road, Suite 400
                                                          Jenkintown, PA 19046
                                                          Tel: 215-330-2100
                                                          Email: greg@greggorskilaw.com

Dated: January 15, 2026                                  Attorneys for Plaintiff